FILED
JAMES J. VILT, JR. - CLERK
SEP 06 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

H: 22MJ-58-HBB

## AFFIDAVIT

I, Matt Hedden, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Detective with the Kentucky Attorney General's Office Department of Criminal Investigations (DCI), since 2015, and am currently assigned to The United States Secret Service Electronic Crimes Task Force. Prior to my employment with DCI, I worked in law enforcement from 1994-2015, first with the Shelbyville (KY) Police Department for six years and then with the Anchorage Police Department for 15 years where I retired holding the rank of Lieutenant. As a detective with DCI, I have investigated state and federal violations related to child exploitation and child pornography. I have gained experience through various trainings, conferences and everyday work relating to conducting these types of investigations. I have received training in the area of child exploitation and online solicitation.

2. I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Collin Marshall Newton violated federal law by:

    a. using a facility and means of interstate commerce, to knowingly persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b); and

    b. knowingly persuading, inducing, enticing, and coercing a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

    c. knowingly distributing any material that contains child pornography using any means and facility of interstate and foreign commerce and that had been mailed,

1

    and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(2)(B); and

  d. knowingly, affecting interstate commerce, recruited, enticed, harbored, provided, obtained, advertised, maintained, patronized, and solicited, by any means a person that had not attained the age of 14 years who was caused to engage in commercial sex acts, that is, any sex act, on account of which anything of value is given to and received by any person, in violation of 18 U.S.C § 1591(a)(1), (b)(1), and (e)(3).

7. While authorized by the Kentucky Attorney General to conduct criminal investigations, affiant initiated such an investigation on March 28, 2022. On that date, affiant made contact with L.L.[1] and R.L.,[2] when they arrived at the Jeffersontown (Kentucky), Police Department to report their minor relative, John Doe 1[3] (12-years-old at the time of reporting), had been in communication with a person on the Internet they believed to be enticing minors into sexual conduct. L.L. and R.L. stated that John Doe 1 and others were contacted by an adult male in the vicinity of Henderson, Kentucky, via online communication and gaming applications. They went on to say they believed the person that had contacted John Doe 1 (and others) was named **Collin Newton.** They based their statements on messages they had viewed on John Doe 1's phone. L.L. and R.L. provided the images to law enforcement. In at least one message from the Snap Chat application Collin (ky2ga_railfan) is discussing with John Doe 1 trading pictures with "Nate" for in-game tokens and currency. The L.L. and R.L. also provided a screenshot of the attachments sent over Snap to John Doe 1. Those included a URL to the Pornhub Website, two Mega file sharing folders, and a link to an adult sexual device.

---

[1] L.L.'s identity is known to the reviewing Magistrate Judge. Initials are used to protect the privacy interests accorded under 18 U.S.C. § 3771.
[2] *Id.*
[3] John Doe 1's identity is known to the reviewing Magistrate Judge. The reference to John Doe is used to protect the privacy interests accorded under 18 U.S.C. § 3771.

8. L.L. and R.L. reported they had discussed the alleged abuse with several of the families whose children had been contacted by Newton. The families provided consent for law enforcement to perform forensic analysis of their respective children's devices. The devices were then delivered to the USSS Lab in Louisville, Kentucky. The devices were examined and Forensic Reports were created by Examiner Aaron Gabhardt. Affiant was then provided a copy of these reports via secure external media. Affiant reviewed the reports.

9. The phone extraction report for John Doe 1's device contained a video depicting child sex abuse material, commonly referred to as "CSAM". The video shows a young female (approx. 14 YOA) removing her shirt exposing her breasts before performing oral sex on a juvenile male (approx. 13 YOA) in a room with a tile floor.[4]

10. L.L. and R.L. also provided a Cash App debit card they had located in John Doe 1's possession. The card is tied to a mobile device application (Cash App) also identified by a screenshot of John Doe 1's phone. The screenshot shows a payment of $185, received from username: $ILikeTrains107, screen name: Collin Newton, on March 18, 2022. The card is in the name of "Liam Carman" and is on a cash app account d/b/a Sutton Bank. There is also a username on the card: $liamcarman07. This is similar to what was seen in the screenshot provided by L.L. and R.L. for the cash app transaction on their device.

11. On March 25, 2022, Affiant provided a preservation request to Snap, Inc., for the account identified as belonging to Collin Newton (ky2ga_railfan). Snap acknowledged that request and agreed to retain content currently located on their servers.

---

[4] Age estimations are based on my experience working CSAM cases for more than five years. In that time I have located hundreds of images and videos depicting persons under the age of 18 engaging in sexual performances.

12. On April 15, 2022, St. Matthews (Kentucky) Police (STMPD) Detective Mark Richardson was also contacted as part of this investigation originated in St. Matthews. B.D.[5] had contacted Det. Richardson in reference to a minor relative, John Doe 2,[6] being the target of sexual predation by Collin Newton. John Doe 1 and John Doe 2 are friends and attend the same school. Both have communicated with Newton through the Snap Chat account "ky2ga_railfan".

13. According to B.D., John Doe 2 became friends with Collin Newton approximately three years ago (when he was age 11), through Fortnite, an online video game. B.D. stated that Newton had been to his/her home at least four times. B.D. went on to say that in discussions with John Doe 2, John Doe 2 told B.D. that Newton exposed himself to John Doe 2 on the second visit and also fondled John Doe 2's genitals. In further discussion with John Doe 2, B.D. stated John Doe 2 told her that Newton had sent him photographs of the Newton exposing and touching his (Newton's) genitals. B.D. added that Newton had also been paying John Doe 2, as recently as the past few weeks, to send sexually explicit photographs of himself for payment of cash to purchase additional "coins" for the Fortnite game or to buy things.

14. B.D. brought John Doe 2's cellphone to STMPD. The phone contained conversations between Newton and John Doe 2 as well as sexually explicit photographs taken by John Doe 2 and sent to Newton in exchange for payment. B.D. also confirmed that John Doe 2 had used the Snap[chat] app to communicate with Collin Newton.

15. On April 22, 2022, a forensic interviewer conducted a recorded forensic interview with

---

[5] B.D.'s identity is known to the reviewing Magistrate Judge. Initials are used to protect the privacy interests accorded under 18 U.S.C. § 3771.

[6] John Doe 2's identity is known to the reviewing Magistrate Judge. The reference to John Doe is used to protect the privacy interests accorded under 18 U.S.C. § 3771.

4

John Doe 2. STMPD Detective Richardson observed the interview. Affiant later reviewed the interview.

16. The forensic interview resulted in a disclosure of sex abuse. John Doe 2 met Newton through the Fortnite Video Game when he (John Doe 2) was 13. John Doe 2 disclosed that Newton touched his penis during an overnight visit while staying at John Doe 2's home. John Doe 2 went on to say that Newton requested that he touch his (Newton's) penis during the same or subsequent home visit. John Doe 2 stated that he did then touch Newton's penis per his request. The following timestamps are also significant to the investigation:

   a. 11:00 Identified Collin as **Collin Newton**, 23 YOA.

   b. 13:00 Asked for pictures of John Doe 2's hands and "down here" (motioned toward his groin) in exchange for in-game tokens (Fortnite). Clarified this meant "man part" clothed and unclothed.

   c. 14:10 John Doe 2 discloses he did send a picture of his genitals to Newton over text message.

   d. 18:00 John Doe 2 discloses that Newton sent him images of his genitals.

   e. 18:55 Discloses Newton's address in Henderson, KY.

   f. 20:15 John Doe 2 told Newton his age.

   g. 24:25 Discloses that Newton used his iPhone to take pictures of John Doe 2's genitals while at John Doe 2's home.

   h. 30:55 Newton asked John Doe 2 to hold his penis while he took a picture.

   i. 55:00 John Doe 2 identified picture 10 as a sent image of his genitalia.

   j. 56:00 John Doe 2 identified picture 11 as a sent image of his genitalia

k. 1:11:20 John Doe 2 discloses that Newton touched his penis with his hand while he was visiting at John Doe's home.

   l. 1:20:35 John Doe identified an image (appears to be a DL photo) of **Collin Newton** as the person he had been describing during the interview.

17. The statements made by John Doe 2 during the interview were consistent with the phone extraction reports and subscriber records collected to date.

18. On June 30, 2022, affiant applied for and was granted a Search Warrant by Franklin County Judge Mangeot for the content of the identified Snap account. The Warrant requested both preserved and new content between December 1, 2022, and June 30, 2022. The Warrant to Snap was served electronically via their Law Enforcement Portal.

19. On July 14, 2022, affiant received notification from Snap that the request for content stipulated in the Search Warrant was available for download through the LE portal. Affiant downloaded the material and saved it to an external media. Affiant then extracted the content from the original zip folder.

20. On July 18, 2022, affiant reviewed the material provided by Snap. The account included numerous "selfie" type images of Collin Newton. It also contained three (3) videos depicting sex acts between minors. The videos show prepubescent children engaging each other in oral sex. The videos are different but the content indicates they are from the same series based on clothing, background, etc. The files were saved content from Collin Newton's Snap account. Snap labels files based on their type of transfer. In this case a portion of the file's name is "KY2GA_Railfan~Liamcarman", indicating that the videos were sent by Newton to John Doe 1. The two children in these videos are the same as in the previously identified CSAM video

6

recovered from John Doe 1's phone report.

21. An included excel spreadsheet also noted the transfer and messages before and after. Immediately prior to the three videos, Newton sends two (2) uniform resource locators (URLs) to John Doe 1 containing addresses to Mega.NZ[7] folders. Although sent on January 21, 2022, the Mega URLs were still active. Affiant opened both links and observed that the first contained approximately seventy (70) images of CSAM depicting prepubescent boys. The second folder contained approximately one-hundred-twelve (112) videos of prepubescent boys engaged in sexual conduct. Several other URLs were sent by Newton over the course of the stored conversation. One of those links connects to a YouTube video titled "pedophile too graphic for to catch a predator".

22. On July 21, 2022, affiant created two folders for the Mega.NZ content on a secure device. Affiant then downloaded the contents of the two folders sent by Newton to LC via URL on Snap. Affiant also created two screen captures of the Mega webpage showing the respective URL link content and thumbnails of the files contained therein. Affiant saved the screen captures to the secure device in the corresponding folders.

23. The records from Snap captured the recent device history for Newton's account. From these records, affiant determined that Newton was using an Apple iPhone 14 after early December 2021 and switched to this device from an iPhone 12 that he had previously used.

24. The records contained an IP log showing several different IP addresses. Affiant resolved these as cellular data or "Wi-Fi internet" connections. The Cellular data resolved to T-Mobile.

---

[7] Mega.NZ is a file storage website similar to Dropbox. It is headquartered in Auckland, New Zealand. Since 2013, Mega has received 126 Billion file uploads from 264 Million users.

The Wi-Fi data connection IP (75.179.144.190) resolved to Charter Communications.

25. The same records also included two Email addressed used to set up and maintain the account. Those addresses are: collinnewton1998@gmail.com & ga2kyrailfan@gmail.com. Affiant created a preservation request for these accounts on July 22, 2022.

26. On July 20, 2022, the Kentucky Attorney General produced a Subpoena to Charter for the IP address used to set up and maintain the Snap account (75.179.144.190). Charter provided their response on July 22. The records from Charter indicate that the IP address belongs to: Tamara Newton at **273 E Fox Hollow Run, Henderson, KY 42420**. A search of the Henderson County PVA Website also list Tamara Newton as the owner of this property. This is the same address listed on Collin Newton's Kentucky issued Driver's License.

27. On August 19, 2022, affiant was present at the Family and Children's Place in Louisville for an interview conducted by staff with John Doe 1. Affiant briefed the staff as to the nature of the current investigation and what had been learned to date. Affiant provided two sanitized images of the children observed in the three CSAM videos sent by Newton to John Doe 1 over Snap and also present on John Doe 1's phone. During the interview, John Doe 1 recalled that the images presented by the interviewer were of the persons in videos that Newton sent over Snap. John Doe 1 then describes videos as boy and girl doing things. The sanitized images were added to the Investigative file under the photos folder.

28. Disclosure of sex abuse of another minor – John Doe 1 met Newton through John Doe 2 and his brother. They met Newton over the Fortnite video game platform. Newton told John Doe 1 that he had engaged in sex acts with John Doe 2 while staying at John Doe 2's home. Specifically Newton touched John Doe 2's "private parts" while sitting on the couch in John Doe

8

2's home.

    a. The following timestamps are also of significance to the investigation:

    b. 09:15 Disclosure that Collin asked John Doe 1 to engage in "inappropriate stuff".

    c. 09:45 Disclosure of the full name **Collin Newton** as the person involved.

    d. 12:00 Disclosure that Newton told him over Snapchat that he had touched John Doe 2's "private parts".

    e. 16:30 Disclosure that Collin would send money to John Doe 2 in exchange for pictures.

    f. 18:25 Disclosure that Collin requested him to send pictures of his "private parts" for payment.

    g. 19:20 Disclosure that John Doe 1 sent pictures of his hands to Collin per his request for money.

    h. 20:30 Disclosure that Collin sent images of his private parts (later clarified as penis). John Doe 1 describes Newton, "bribed him to send pictures".

    i. 23:00 John Doe 1 explains details about Newton attempting to meet him in person.

    j. 28:20 John Doe 1 describes "document full of child porn...whole bunch of pictures of kids". (Snap SW return contains links to Mega.NZ accounts sent by Newton to John Doe 1. Content was predominately CSAM)

    k. 30:20 Discussion about other minor, John Doe 3,[8] whom was also solicited for images. John Doe 1 acted as intermediary for the exchange of pictures between Newton and John Doe 3.

---

[8] John Doe 3's first name is known to the reviewing Magistrate Judge. The reference to John Doe is used to protect the privacy interests accorded under 18 U.S.C. § 37

l. 34:30 John Doe 1 estimates he received $400 from Newton over Cash App.

   m. 35:15 John Doe 1 identifies the sanitized screen shots of CSAM video recovered from the Snap return. Describes the video as, "she was sucking his private part".

29. The statements made by John Doe 1 during the interview were consistent with the phone extraction reports and subscriber records collected to date.

30. On August 31, 2022, the United States District Court for Western Kentucky issued a Search Warrant for Newton's East Fox Hollow Run home. The Warrant was executed on September 2, 2022. Prior to the execution, a surveillance team observed Newton leave in a vehicle and travel to his place of employment, Budge Industries, located at: 1156 First Street in Henderson, KY.

31. A law enforcement team made entry into Newton's residence on East Fox Hollow at approximately 10:00 Hrs Central Time on September 2, 2022. Around the same time, USSS SA Bo Alexander and affiant contacted Newton at his work. We approached and identified ourselves to Newton who was outside of the building. We asked him if we could speak privately and went into an office inside the business. Once seated, affiant advised Newton of his constitutional rights as set out in *Miranda* and asked if he was willing to speak with us. Newton agreed to speak with us without an attorney present.

32. Post-*Miranda*, affiant asked Newton if he had any idea why we wanted to speak with him. He then proffered, "doesn't have anything to do with children does it?" He then explained that he couldn't take back the things he had done or sent. Newton admitted that he had met the minor previously identified as John Doe 2 on the Fortnite gaming platform. He said that he eventually communicated with John Doe 2 over Snapchat and text message after learning that he

was 12 years old. He went on to say that he eventually travelled to see John Doe 2 several times over the past few years. He also said that he eventually felt sexually attracted to John Doe 2. Newton admitted that he and John Doe 2 exchanged pictures of their genitalia over the Internet on several occasions. They also engaged in sexual acts while using private video calling.

33. Newton admitted that he first engaged in sexual contact with John Doe 2 beginning on John Doe's 13th birthday. According to Newton, John Doe 2 had previously asked him if there was anything else he wanted to do [with him]. Newton later asked John Doe 2 if he was interested in performing sex acts while in person. Eventually John Doe 2 and Newton agreed to touch each other's penises. Newton also admitted that he did masturbate John Doe 2 to ejaculation on more than one occasion. He also said that he put his mouth on John Doe 2's penis and that he instructed John Doe 2 how to penetrate his anus with his penis.

34. Newton had in his possession at the time of the interview an Apple iPhone. Newton stated that there were likely sexually explicit images of minors on his device. Affiant requested Newton's passcode which he then provided. Affiant then placed the device in Airplane mode and also asked for permission to search the phone. Newton gave verbal permission and was then provided a consent to search waiver. Newton signed that consent to search which was added to the investigative file.

35. Upon transitioning from Budge Industries to the Henderson County Sheriff Office, Newton's phone was placed inside a Faraday bag.[9] It was then transported to Owensboro Police Department Officer Chris Brown by USSS SA Fitsum Wodajo. Ofr. Brown then performed an

---

[9] Faraday bags are specially designed containers that that block radio frequency radiation associated with mobile electronic devices and their networks. They are a commonly used and accepted method for the preservation of electronic evidence.

examination utilizing mobile device forensic tools licensed to the Department. Ofr. Brown has received specialized training in the use of these tools.

36. Officer Brown completed an extraction of the iPhone on September 2. He then used the extracted data to generate an electronic report. He reviewed that report on September 4, and then provided me a brief narrative of his findings. The following evidence was provided by Ofr. Brown, "*In an initial review of the report generated by AXIOM, this examiner observed images and videos of the unclothed juvenile males engaged in sex acts in the photos folder on the suspect's phone. The juveniles appeared to be between the ages of 9 to 14 years of age. This examiner conservatively estimates the number of photos and/or videos depicting CSAM to be 100 +.*"

37. Based on the foregoing, there is probable cause to believe that on or about and between September 2020, and September 2022, in the Western District of Kentucky, Henderson and Jefferson Counties, Kentucky, and elsewhere, Collin Marshall Newton:

   a. using a facility and means of interstate commerce, to knowingly persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b); and

   b. knowingly persuading, inducing, enticing, and coercing a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

   c. knowingly distributing any material that contains child pornography using any means and facility of interstate and foreign commerce and that had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(2)(B); and

d.  knowingly, affecting interstate commerce, recruited, enticed, harbored, provided, obtained, advertised, maintained, patronized, and solicited, by any means a person that had not attained the age of 14 years who was caused to engage in commercial sex acts, that is, any sex act, on account of which anything of value is given to and received by any person, in violation of 18 U.S.C § 1591(a)(1), (b)(1), and (e)(3).

Matt Hedden
Detective, Department of Criminal Investigations
Kentucky Attorney General's Office
Task Force Officer, United States Secret Service

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means this 6th day of September, 2022.

H. BRENT BRENNENSTUHL
United States Magistrate Judge

MAB:JEL