UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

**FILED**
JAMES J. VILT, JR. - CLERK

OCT - 4 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**COLLIN MARSHALL NEWTON**

INDICTMENT

NO. 4:22 CR-26-JHM

18 U.S.C. § 1591(a)(1)
18 U.S.C. § 1591(b)(1)
18 U.S.C. § 1591(e)(3)
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2422(b)

The Grand Jury charges:

## COUNT 1
### *(Sex Trafficking of Children)*

In or about and between March 2021 and August 2022, in the Western District of Kentucky, Henderson and Jefferson Counties, Kentucky, the defendant, **COLLIN MARSHALL NEWTON**, knowingly affecting interstate commerce, recruited, enticed, obtained, patronized, and solicited, by any means a person that had not attained the age of 14 years, John Doe 1, who was caused to engage in a commercial sex act, that is, any sex act, on account of which anything of value is given to and received by any person.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and (e)(3).

The Grand Jury further charges:

## COUNT 2
### *(Online Enticement)*

In or about and between September 2020 and August 2022, in the Western District of Kentucky, Henderson and Jefferson Counties, Kentucky, the defendant, **COLLIN MARSHALL**

**NEWTON**, using a facility and means of interstate commerce, did knowingly persuade, induce, and entice an individual, who had not attained the age of eighteen years, John Doe 1, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 3
*(Sexual Exploitation of Children)*

In or about and between September 2020 and August 2022, in the Western District of Kentucky, Henderson and Jefferson Counties, Kentucky, **COLLIN MARSHALL NEWTON**, used, persuaded, induced, enticed, and coerced a minor, John Doe 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported and transmitted in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 4
*(Attempted Online Enticement)*

In or about and between September 2020 and August 2022, in the Western District of Kentucky, Henderson and Jefferson Counties, Kentucky, the defendant, **COLLIN MARSHALL NEWTON**, using a facility and means of interstate commerce, did knowingly attempt to persuade,

induce, and entice an individual, who had not attained the age of eighteen years, John Doe 2, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 5
### (Sexual Exploitation of Children)

In or about and between September 2020 and August 2022, in the Western District of Kentucky, Henderson and Jefferson Counties, Kentucky, **COLLIN MARSHALL NEWTON**, attempted to use, persuade, induce, entice, and coerce a minor, John Doe 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported and transmitted in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 6
### (Distribution of Child Pornography)

In or about and between January 2022 and August 2022, in the Western District of Kentucky, Henderson and Jefferson Counties, Kentucky, **COLLIN MARSHALL NEWTON**, knowingly distributed material that contained child pornography using any means and facility of interstate commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).

The Grand Jury further charges:

## COUNT 7
### *(Online Enticement)*

In or about and between May 2022 and June 2022, in the Western District of Kentucky, Henderson County, Kentucky, and elsewhere, the defendant, **COLLIN MARSHALL NEWTON**, using a facility and means of interstate commerce, did knowingly persuade, induce, and entice an individual, who had not attained the age of eighteen years, John Doe 3, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 8
### *(Sexual Exploitation of Children)*

In or about and between May 2022 and June 2022, in the Western District of Kentucky, Henderson County, Kentucky, and elsewhere, **COLLIN MARSHALL NEWTON**, used, persuaded, induced, enticed, and coerced a minor, John Doe 3, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported and transmitted in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## NOTICE OF FORFEITURE

As a result of committing the offenses in violation of Counts 1 - 8 of this Indictment, the defendant, **COLLIN MARSHALL NEWTON**, shall forfeit to the United States, pursuant to 18 U.S.C. §§ 1594, 2253, and 2428, all of the right, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property (including but not limited to all digital devices seized in connection with the child exploitation investigation), and any visual depiction which was produced, transported, mailed, shipped and received in violation of Chapter 110 of Title 18.

A TRUE BILL.



MICHAEL A. BENNETT
United States Attorney

MAB:JEL:220928

5

UNITED STATES OF AMERICA v. **COLLIN MARSHAL NEWTON**

## P E N A L T I E S

Count 1:          NL 15 yrs/NM life/$250,000/both/NL 5 yrs./NM Life Supervised Release
Counts 2, 4 & 7:  NL 10 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release (per count)
Counts 3, 5 & 8:  NL 15 yrs./NM 30 yrs./$250,000/both/ NL 5 yrs./NM Life Supervised Release (per count)
Count 6:          NL 5 yrs./NM 20 yrs./ $250,000/both/ NL 5 yrs./NM Life Supervised Release
          *(mandatory $5,000 assessment if the defendant is non-indigent – (18 U.S.C. §  3014 – effective 5/29/2015)
                  per count)
Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual                    Felony:  $100 per count/individual
              $125 per count/other                                  $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule.   You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.   18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.   This rate changes monthly.   Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.      Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.      Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.   18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:          Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                     Louisville, KY    40202
                     502/625-3500

BOWLING GREEN:       Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY    42101
                     270/393-2500

OWENSBORO:           Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY    42301
                     270/689-4400

PADUCAH:             Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY    42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.